UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

GRAND JURY N-15-1    **2015 JUL 9 PM 4 47**

UNITED STATES OF AMERICA

v.

WILSON VASQUEZ, a.k.a. "Will", a.k.a. "Pancho";
FRANCISCO RODRIGUEZ, a.k.a. "Franky", a.k.a. "Bubba";
VICTOR RIVERA;
TODD BEILBY;
NELSON COLON;
ALFREDO COLLAZO, a.k.a. "Indio";
MIGUEL SOTO, a/k/a/ "Fat Boy";
FRANK MROWKA;
ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely";
EMMANUEL FLEMING, a.k.a. "Mikey";
SAMUEL ALBARRAN, a.k.a. "Sam Dog";
JOSE LUGO, a.k.a. "Kiro";
ANTHONY VELEZ, a.k.a. "Tone";
JOSE ALBARRAN, a.k.a. "Ghangi";
LUIS ALBARRAN, a.k.a. "Lulu";
VICTOR AZEVEDO; and
ROBERTO TORRES, a.k.a. "Tony"

Criminal No. **U.S. DISTRICT COURT NEW HAVEN, CT.**

VIOLATIONS: **3:15cr120(VAB)**

21 U.S.C. § 846 (Conspiracy to Distribute, and to Possess with Intent to Distribute, Controlled Substances)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute, and Distribution of, a Controlled Substance)

18 U.S.C. § 2 (Aiding and Abetting)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute Heroin)

1.    From on or about March 17, 2015, through on or about July 1, 2015, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants WILSON VASQUEZ, a.k.a. "Will", a.k.a. "Pancho"; FRANCISCO RODRIGUEZ,

a.k.a. "Franky", a.k.a. "Bubba"; VICTOR RIVERA; TODD BEILBY; ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely"; EMMANUEL FLEMING, a.k.a. "Mikey"; NELSON COLON; ALFREDO COLLAZO, a.k.a. "Indio"; MIGUEL SOTO, a/k/a/ "Fat Boy"; FRANK MROWKA; SAMUEL ALBARRAN, a.k.a. "Sam Dog"; JOSE LUGO, a.k.a. "Kiro"; ANTHONY VELEZ, a.k.a. "Tone"; JOSE ALBARRAN, a.k.a. "Ghangi"; LUIS ALBARRAN, a.k.a. "Lulu"; VICTOR AZEVEDO; ROBERTO TORRES, a.k.a. "Tony", and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another, to possess with intent to distribute, and to distribute, controlled substances, namely a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF HEROIN INVOLVED IN THE CONSPIRACY

2.    Defendants WILSON VASQUEZ, a.k.a. "Will", a.k.a. "Pancho"; FRANCISCO RODRIGUEZ, a.k.a. "Franky", a.k.a. "Bubba"; VICTOR RIVERA; TODD BEILBY; ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely"; EMMANUEL FLEMING, a.k.a. "Mikey"; NELSON COLON; ALFREDO COLLAZO, a.k.a. "Indio"; MIGUEL SOTO, a/k/a/ "Fat Boy"; and FRANK MROWKA knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i).

3.    Defendant SAMUEL ALBARRAN, a.k.a. "Sam Dog", knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 100 grams or more, but less than

1 kilogram, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

4.      Defendants JOSE LUGO, a.k.a. "Kiro"; ANTHONY VELEZ, a.k.a. "Tone"; JOSE ALBARRAN, a.k.a. "Ghangi"; LUIS ALBARRAN, a.k.a. "Lulu"; VICTOR AZEVEDO; and ROBERTO TORRES, a.k.a. "Tony" knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Heroin)

5.      On or about March 30, 2015, in the District of Connecticut, the defendant EMMANUEL FLEMING, a.k.a. "Mikey", knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute Heroin)

6.      On or about May 28, 2015, in the District of Connecticut, the defendant ALFREDO COLLAZO, a.k.a. "Indio", knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

3

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Possession with Intent to Distribute and Distribution of Heroin)

7.      On or about May 29, 2015, in the District of Connecticut, the defendants ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely", and EMMANUEL FLEMING, a.k.a. "Mikey", knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
(Possession with Intent to Distribute and Distribution of Heroin)

8.      On or about June 5, 2015, in the District of Connecticut, the defendants ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely", and EMMANUEL FLEMING, a.k.a. "Mikey", knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title18, United States Code, Section 2.

## COUNT SIX
(Possession with Intent to Distribute Heroin)

9.      On or about June 9, 2015, in the District of Connecticut, the defendants ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely", and EMMANUEL FLEMING, a.k.a. "Mikey", knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

4

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN
(Possession with Intent to Distribute Heroin)

10.    On or about June 29, 2015, in the District of Connecticut, the defendant JOSE LUGO, a.k.a. "Kiro", knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION
(Controlled Substances Offenses)

11.    Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Seven of this Indictment, the defendants WILSON VASQUEZ, a.k.a. "Will", a.k.a. "Pancho"; FRANCISCO RODRIGUEZ, a.k.a. "Franky", a.k.a. "Bubba"; VICTOR RIVERA; TODD BEILBY; ELIO DELIMA, a.k.a. "Victor Cuevas", a.k.a. "Ely"; EMMANUEL FLEMING, a.k.a. "Mikey"; NELSON COLON; ALFREDO COLLAZO, a.k.a. "Indio"; MIGUEL SOTO, a/k/a/ "Fat Boy"; FRANK MROWKA; SAMUEL ALBARRAN, a.k.a. "Sam Dog"; JOSE LUGO, a.k.a. "Kiro"; ANTHONY VELEZ, a.k.a. "Tone"; JOSE ALBARRAN, a.k.a. "Ghangi";LUIS ALBARRAN, a.k.a. "Lulu"; VICTOR AZEVEDO; and ROBERTO TORRES, a.k.a. "Tony", shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

5

12.    If any of the above-described forfeitable property, as a result of any act or omission of the said defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL,

___/s/_____
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY

6