LF 245D   (03/2019) Judgment in a Criminal Case for Revocations
        Sheet 1

# UNITED STATES DISTRICT COURT

### District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Miguel Soto | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    0205 3:15CR00120-007<br>USM Number:  23006-014<br><br>_____Ashley Meskill_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s) <u>charges 1-4</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Report to USPO | 12/12/2019 |
| 2 | Participate in drug treatment and testing | 10/07/2019 |
| 3 | Work regularly at a lawful occupation unless excused | 09/20/2019 |

*Check this box if you require additional space for more violation(s).* ☑
*(See Page Two for additional Violations)*

The defendant is sentenced as provided in pages <u>2</u> through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: <u>6272</u>

Defendant's Date of Birth: <u>1985</u>

Defendant's Residence Address:
37 Beacon Avenue
New Haven, CT  06512

June 1, 2020
_____
Date of Imposition of Sentence

**VictorBolden** Digitally signed by VictorBolden
Date: 2020.07.28 15:28:29 -04'00'
_____
Signature of Judge

Honorable Victor A. Bolden
U.S. District Judge
_____
Name and Title of Judge

July 28, 2020
_____
Date

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
　　　　　Sheet 1A

DEFENDANT:　　　Miguel Soto
CASE NUMBER:　　0205 3:15CR00120-007

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|:---:|:---|:---:|
| 4 | Notify PO at least 10 days prior to change in residence or employment | 11/4/2019 |

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
        Sheet 2 -- Imprisonment

DEFENDANT:      Miguel Soto
CASE NUMBER:    0205 3:15CR00120-007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Time served with 3 months added to the current term of TSR, for a total effective sentence of time served with 9 months and 28 days of TSR.

☐     The court makes the following recommendations to the Bureau of Prisons:

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____     on _____

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on _____

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
                    UNITED STATES MARSHAL

_____
                    DEPUTY UNITED STATES MARSHAL

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
Sheet 3 -- Supervised Release

DEFENDANT:        Miguel Soto
CASE NUMBER:      0205 3:15CR00120-007

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 9 months and 28 days

### MANDATORY CONDITIONS

1. You must not  commit another federal, state, or local crime.
2. You must  not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination you pose a low risk of future substance abuse.  *(check if applicable)*

4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.)* as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.  *(check, if applicable)*

6. ☐ You must participate in an approved program for domestic abuse.  *(check, if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

*Check this box if you require additional space for supervised release terms.* ☐

## STANDARD CONDITIONS OF SUPERVISION

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to vis it you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**
 A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgement containing these conditions.  For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at : www.uscourts.gov

Defendant's Signature _____          Date _____

*Check this box if you require additional space for special conditions of supervision.* ☑

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
          Sheet 3C -- Supervised Release

DEFENDANT:      Miguel Soto

CASE NUMBER:    0205 3:15CR00120-007

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program recommended by the Probation Office and approved by the Court for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all or a portion of costs associated with treatment based on the defendant's ability to pay as recommended by the probation officer and approved by the Court.

2. The defendant shall not possess a firearm, ammunition, or other dangerous weapon.

3. The defendant shall submit his person, residence, office or vehicle to a search conducted by a USPO at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.